# AFFIDAVIT

1) **AFFIANT/AGENT.** I, Nathan Adams, a Border Patrol Agent of the United States Border Patrol, Customs and Border Protection, have been employed by the USBP/CBP for approximately nineteen years and am currently assigned to the United States Border Patrol Grand Forks Sector Prosecution Unit.

Your affiant has reason to believe that SALINAS-Ramirez, Noe (DOB: XX/XX/1987, COB: Honduras), illegally reentered the United States after being removed in violation of 8 U.S.C. § 1326(a).

2) **INITIAL ENCOUNTER.** On February 26, 2025, at 7:30 p.m., the Grand Forks Police Department (GFPD) requested assistance during a traffic The vehicle was stopped for driving without rear lamps on. Agent Johnson contacted the Seargent.

Two subjects occupied a vehicle bearing MN license plate KNF 074. The passenger in the vehicle initially failed to identify himself and stated that he had no forms of identification. Further questioning identified the passenger as SALINAS-Ramirez, Noe, (DOB: XX/XX/1987). Records checks revealed an immigration history that contained two prior removals from the United States. Agent Johnson contacted GFPD regarding the immigration history of the subject. They stated that they had already released SALINAS-Ramirez and that he had left the scene. GFPD stated that they would locate SALINAS-Ramirez and detain him pending transfer to Border Patrol custody.

The vehicle from the initial traffic stop was located at 2205 12th Ave N., Grand Forks, ND. GFPD officers encountered SALINAS-Ramirez. He was detained and transported to the Grand Forks County Correctional Center where he was transferred to Border Patrol custody. SALINAS-Ramirez was transported by Agent Selby to the Pembina Border Patrol Station.

3) **POST ARREST INVESTIGATION.** Upon arriving at the Pembina Border Patrol Station, SALINAS was enrolled into NGI/IDENT, a computerized fingerprint identification system. The NGI/IDENT results returned with immigration and criminal history showing that the subject had been removed two (2) prior times.

SALINAS is a citizen and national of Honduras.

4) **IMMIGRATION HISTORY:**

    1. Arrest Date:          April 10, 2007
       Arresting Agency:    ICE – Minnesota
       Charge:            INA212(a)(6)(A)(i) – Alien Present without Admission or Parole
       Disposition:        Warrant of Arrest, Notice to Appear, removed to Honduras at New Orleans, LA on June 7, 2007.

2. Arrest Date:         April 22, 2016
   Arresting Agency:     USBP – Laredo, TX
   Charge:            INA212 (a)(9)(A)(ii) – Alien Previously Removed Once, Not as an
                                  Arriving Alien (Not Aggravated Felons)
   Disposition:          Reinstatement, removed to Honduras at Valley International
                                  Airport in Harlingen, TX on May 12, 2016.

**5) CRIMINAL RECORD:**

1. Arrest Date:         April 22, 2016
   Arresting Agency:     USBP – Laredo, TX
   Charge:            8 USC 1325 – Illegal Entry
   Disposition:          Subject was convicted and sentenced to 10 days.

**6) MIRANDA RIGHTS/CONSULAR NOTIFICATION**.  On February 27, 202, BPA Kylie Johnson notified SALINAS of his Miranda Rights per Service Form I-214.  SALINAS acknowledged his rights by signing the Service Form I-214.  SALINAS was not willing to answer questions without an attorney present.

BPA Bishop notified SALINAS of his right to consular communication; SALINAS requested to speak with a consular official. Several attempts were made to contact the consular officer, but unable to do so at the time.  SALINAS was given the number to contact at a later time.

No record could be found to indicate that SALINAS has ever applied for or been granted permission to reenter the United States by the Attorney General or by his successor, the Secretary of the Department of Homeland Security.

In my experience, the above facts constitute a violation of 8 U.S.C. § 1326(a).

The foregoing is true and correct to the best of my knowledge and belief.

_____
Nathan Adams
Border Patrol Agent

Signed and sworn by reliable electronic means on 27th day of February 2025.

_____
Alice R. Senechal
United States Magistrate Judge

2