IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| NOE SALINAS-RAMIREZ | Violation:  8 U.S.C. § 1326(a) |

**Reentry of Deported Alien**

The Grand Jury Charges:

On or about February 27, 2025, in the District of North Dakota,

NOE SALINAS-RAMIREZ,

an alien who had previously been excluded, deported, and removed from the United States, knowingly and unlawfully was found in the United States without first obtaining the consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), to reapply for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

AJS/ak